MARIO SISTEMI, Plaintiff, v. GEORGE MOOREHEAD et al., Defendants and Third-Party Plaintiffs-Appellants. S. TIRRO & SON, INC., Third-Party Defendant-Respondent.— Action to recover damages for personal injuries alleged to have been sustained when the infant defendant drove an automobile, owned by the other defendant, into an excavation in which the plaintiff was working. The defendants served a third-party complaint upon plaintiff's employer based upon his alleged negligence in leaving the excavation unguarded. Special Term made an order granting the third-party defendant's motion to dismiss the third-party complaint for insufficiency, and the third-party plaintiffs appeal from the judgment entered thereon. Judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

HARRIET C. SPENCER et al., Respondents, v. BRUNO-NEW YORK, INC., Defendant, and AVCO MANUFACTURING CORPORATION, Appellant.— In an action by plaintiff Harriet C. Spencer to recover damages for personal injuries sustained as the result of alleged negligence in connection with the manufacture of an automatic ironer, and by her husband for loss of services, defendant Avco Manufacturing Corporation appeals from an order directing its examination before trial and the production of records for use pursuant to section 296 of the Civil Practice Act. Order affirmed, with $10 costs and disbursements; examination to proceed on five days' notice. No opinion. In lieu of examination as to item 1, appellant may submit a stipulation admitting the allegations of paragraph third of the complaint and withdrawing the denial thereof from its answer. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.